IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BRIAN CLARK,<br>Plaintiff,<br><br>v.<br><br>VERMONT PURE HOLDINGS, LTD., ET AL.<br>Defendants. | CIVIL ACTION NO.<br>3:02 CV 2278 (MRK)<br><br><br><br>DECEMBER 1, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a two week extension of time within which to file his response to defendants' motion to dismiss dated October 9, 2003 up to and including Tuesday, December 16, 2003. This is plaintiff's first request for an extension of this deadline which was set by Court Order entered October 7, 2003 following a status conference with the parties.

In support of this request, undersigned counsel represents that counsel for plaintiff have been unable to complete plaintiff's memorandum in order to comply with the December 2, 2003 deadline because, in addition to several other conflicting obligations, they are representing the widow of Ulf Ericson, a September 11th victim, *pro bono* under the Trial Lawyers Care program and have and will be required to devote substantial time to a complex claim for relief from the World Trade Center Victim's Compensation Fund on her behalf which must be filed with the VCF on or before December 22, 2003. In addition, undersigned counsel is required to prepare

for and travel to Missouri and Texas later this week to take depositions in the matter of <u>Codianni Robles v. USA, et al.</u>, 3:01 CV 1659 (AVC) which is also subject to a federal Scheduling Order.

Undersigned counsel represents that Attorney Daniel Green of Jackson Lewis LLP, who represents the defendants in this action, does not object to this motion provided defendants are granted an extension of time to file a reply brief up to and including January 9, 2003, in consideration of the holiday season. Extension of these deadlines will not affect the remainder of the deadlines set by the Scheduling Order, and this action has not been assigned for trial.

THE PLAINTIFF, BRIAN CLARK

By: _____
KATHRYN EMMETT
Federal Bar No. CT05605
CHRISTINE CAULFIELD
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT 06901
(203) 324-7744

-2-

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 1st day of December, 2003, to:

Daniel Green, Esq.
Robert Ray Perry, Esq.
Jackson Lewis LLP
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_____
Kathryn Emmett

-3-