## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN CLARK, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv2278 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VERMONT PURE HOLDINGS, LTD., ET AL. | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion For Extension Of Time (Doc. #33), dated December 1, 2003, is hereby **GRANTED**. Plaintiff will file his response to defendants' motion to dismiss on or before December 16, 2003. Defendants will file their reply brief on or before January 9, 2004. **The parties should not anticipate any further extensions of these deadlines.**

IT IS SO ORDERED.

/s/        Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 4, 2003