FILED

Dec 17  1 28 PM '03

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
BRIAN CLARK,                     :   CIVIL ACTION NO.
    Plaintiff,                  :   3:02 CV 2278 (MRK)
                                 :
v.                               :
                                 :
VERMONT PURE HOLDINGS, LTD., ET AL. :
    Defendants.                 :
---------------------------------x   DECEMBER 16, 2003

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff an approximately two week extension of time within which to file his response to defendants' motion to dismiss dated October 9, 2003 up to and including Friday, January 2, 2004. This is plaintiff's second request for an extension of this deadline. The Court indicated in its December 4, 2003 Order granting plaintiff's first request for an extension that the parties should not anticipate any further extensions. However, counsel for plaintiff request additional time due to unexpected and inordinate circumstances, as set forth below.

In support of this request, undersigned counsel represents that counsel for plaintiff have been working to finalize plaintiff's memorandum, but have been unable to complete the brief due to multiple conflicts and unexpected occurrences including the following:

1.    Counsel have been required to devote substantial time, *pro bono*, to preparation of a complex September 11th Victim's Compensation Fund claim on behalf of the widow of Ulf Ericson under the Trial Lawyers Care program. The claim is not yet complete and *must* be filed

with the VCF on or before December 22, 2003. Counsel did not anticipate the extraordinary amount of time that has been required to complete and/or complexity of the claim.

2.  Undersigned counsel is required to prepare for and take three depositions this week in the matter of <u>Codianni Robles v. USA, et al.</u>, 3:01 CV 1659 (AVC) which is also subject to a federal Scheduling Order.

3.  Undersigned counsel prepared for and traveled to Missouri and Texas during the week of December 3, 2003 to take depositions in the <u>Codianni Robles</u> matter. Due to flight cancellations caused by blizzard conditions on the East coast, counsel's return home was delayed for three days.

4.  Undersigned counsel has been required to devote considerable time to representing the defendants in <u>TIG Insurance Company v. Bolton, et al.</u>, CV 03 0196305S, a complex insurance matter pending in Connecticut Superior Court, Judicial District of Stamford/Norwalk at Stamford.

5.  In addition, undersigned counsel has had to fulfill multiple personal obligations related to professional affiliations, family and the upcoming holidays.

6.  Attorney Christine Caulfield, who also represents plaintiff in this action and has been working with undersigned counsel to complete plaintiff's brief, has been required to work on the above-referenced VCF claim and other matters pending in state and federal court. Attorney Caulfield works on a part-time basis only and has been limited further in her ability to work due to pregnancy-related illness.

-2-

Counsel are working to finalize plaintiff's response as promptly as possible, but due to the above-referenced professional and personal obligations and the upcoming holidays respectfully request an extension of time up to and including January 2, 2004.

Attorney Daniel Green of Jackson Lewis LLP, who represents the defendants in this action, does not object to this motion provided defendants are granted an extension of time to file a reply brief up to and including January 13, 2004. Extension of these deadlines will not affect the remainder of the deadlines set by the Scheduling Order, and this action has not been assigned for trial.

THE PLAINTIFF, BRIAN CLARK

By: _____
KATHRYN EMMETT
Federal Bar No. CT05605
CHRISTINE CAULFIELD
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT 06901
(203) 324-7744

-3-

## CERTIFICATION

    This is to certify that a copy of the foregoing was mailed, postage prepaid, this 16th day of December, 2003, to:

Daniel Green, Esq.
Robert Ray Perry, Esq.
Jackson Lewis LLP
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

                                                      */s/ Kathryn Emmett*
                                                      Kathryn Emmett