UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN CLARK, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv2278 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VERMONT PURE HOLDINGS, LTD., ET AL. | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion For Extension Of Time (Doc. #35), dated December 16, 2003, is hereby **GRANTED**. Plaintiff will file his response to defendants' motion to dismiss on or before January 2, 2004. Defendants will file their reply brief on or before January 13, 2004. **The parties should not anticipate any further extensions of these deadlines.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: December 19, 2003.