FILED

Jan 6 11 22 AM '04

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
BRIAN CLARK,                        :   CIVIL ACTION NO.
    Plaintiff,                      :   3:02 CV 2278 (MRK)
                                    :
v.                                  :
                                    :
VERMONT PURE HOLDINGS, LTD., ET AL. :
    Defendants.                     :
                                    :
------------------------------------x   JANUARY 2, 2004

### PLAINTIFF'S MOTION TO STRIKE CERTAIN DOCUMENTS ATTACHED TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Brian Clark hereby moves to strike certain documents attached to defendants' Motion to Dismiss dated October 9, 2003 as Exhibits C and D because they are not properly considered in determining the sufficiency of plaintiff's claims in this case under F.R.C.P. §12(b)(6).

As set forth in the accompanying memorandum, the documents are not "attached to the complaint as an exhibit or incorporated in it by reference" and were not in plaintiff's "possession" or "relied on" by plaintiff "in bringing the suit." Therefore, the documents should be stricken by the Court.

THE PLAINTIFF, BRIAN CLARK

By: _____
KATHRYN EMMETT
Federal Bar No. CT05605
CHRISTINE CAULFIELD
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT 06901
(203) 324-7744

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 2nd day of January, 2004, to:

Daniel Green, Esq.
Robert Ray Perry, Esq.
Jackson Lewis LLP
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_____
Kathryn Emmett

2