## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| BRIAN CLARK, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:02cv2278 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| VERMONT PURE HOLDINGS, LTD., ET AL. | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

Defendants' Motion For Extension (Doc. #40), dated January 6, 2004, is hereby **GRANTED**. Defendants will file their responses to plaintiff's Motion to Strike and plaintiff's Opposition to Defendants' Motion to Dismiss on or before January 20, 2004.  **All other deadlines will remain unchanged.**

                                                   IT IS SO ORDERED.

                                      /s/      Mark R. Kravitz
                                                              U.S.D.J.

Dated at New Haven, Connecticut: January 9, 2004.