IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BRIAN CLARK, <br>    Plaintiff, <br><br> v. <br><br> VERMONT PURE HOLDINGS, LTD., ET AL. <br>    Defendants. | : CIVIL ACTION NO. <br> : 3:02 CV 2278 (MRK) <br> : <br> : <br> : <br> : <br> : <br> : <br> : JANUARY 16, 2004 |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE
SUPPLEMENTAL MEMORANDUM**

    Plaintiff Brian Clark hereby moves for permission to file a brief supplemental memorandum of one page in opposition to defendants' Motion to Dismiss dated October 9, 2003 in order to clarify his claim for estoppel under ERISA.

    In support of this request, undersigned counsel represents that defendants move to dismiss plaintiff's Third Claim for Relief for estoppel under ERISA, *inter alia*, on the grounds that a claim for estoppel requires plaintiff to establish that defendants made a "promise" to plaintiff and the allegations are insufficient to support a promise. See Def.Mem. at Section III.D.1.a. Plaintiff's argument that the allegations of his complaint are sufficient to state a claim for promissory estoppel are set forth in his initial memorandum. Plaintiff requests permission to submit a supplemental memorandum to clarify that, in addition to a claim for *promissory* estoppel under ERISA, plaintiff also asserts a claim for *equitable* estoppel under ERISA, as

recognized by the Second Circuit.  See Lee v. Burkhart, 991 F.2d 1004, 1009 (2d Cir. 1993) ("We have recognized that under 'extraordinary circumstances' principles of estoppel can apply in ERISA cases.").  Plaintiff's initial memorandum did not clearly make this point and plaintiff, therefore, requests permission to file the supplemental memorandum submitted herewith.

Defendants' deadline for filing a reply brief, January 20, 2004, has not yet passed and, therefore, defendants will have an opportunity to address plaintiff's supplemental memorandum, if necessary.

                                                  THE PLAINTIFF, BRIAN CLARK

By: _____
    KATHRYN EMMETT
    Federal Bar No. CT05605
    CHRISTINE CAULFIELD
    Federal Bar No. ct19115
    EMMETT & GLANDER
    45 Franklin Street
    Stamford, CT  06901
    (203) 324-7744

## CERTIFICATION

This is to certify that a copy of the foregoing was forwarded via facsimile and mailed, postage prepaid, this 16th day of January, 2004, to:

Daniel Green, Esq.
Robert Ray Perry, Esq.
Jackson Lewis LLP
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_____
Kathryn Emmett