IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br>    Plaintiff, | CIV. NO: 3:02CV2278 (MRK) |
| v. | |
| VERMONT PURE HOLDINGS, LTD.,<br>CRYSTAL ROCK SPRING WATER COMPANY,<br>CRYSTAL ROCK LONG TERM DISABILITY<br>PLAN, and CRYSTAL ROCK SEVERANCE<br>PLAN,<br>    Defendants. | January 16, 2004 |

## APPEARANCE OF JEFFREY M. VONA

Please enter my appearance as attorney for defendants, Vermont Pure Holdings, Ltd., Crystal Rock Spring Water Company, Crystal Rock Long Term Disability Plan, and Crystal Rock Severance Plan, in addition to those already on file.

By: _/s/ Jeffrey M. Vona_
Jeffrey M. Vona (CT 22519)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: vonaj@jacksonlewis.com

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was served this 16th day of Janauary, 2004, via First Class Mail on:

                Kathryn Emmett
                Emmett & Glander
                45 Franklin Street
                Stamford, CT 06901

_____
Jeffrey M. Vona