UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br><br>    Plaintiff,<br><br> -against-<br><br>VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN, and CRYSTAL ROCK SEVERANCE PLAN<br><br>    Defendants. | Civ. No: 3:02CV2278 (MRK)<br><br><br><br><br><br>January 16, 2004 |

## MOTION FOR EXTENSION

The Defendants in the above matter, in accordance Rule 7(b) of the Local Rules of Civil Procedure respectfully request that the period of time for responding to (1) the Plaintiff's Motion to Strike certain documents attached to the Defendants' memorandum in support of their Motion to Dismiss, and (2) the Plaintiff's opposition to Defendants' Motion to Dismiss be extended for three days, until January 23, 2004. In support of this request, the undersigned represents:

  1.  This is Defendants' second request for an extension of time to respond to Plaintiff's Motion to Strike, and to Plaintiff's opposition to the Motion to Dismiss, but the first request based on Plaintiff's Motion for Permission to File Supplemental Memorandum and Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss, which

were received by Defendants' counsel today, January 16, 2004.

2. The undersigned has discussed this request with Plaintiff's attorney Kathryn Emmett, who does not object to this request.

3. On January 16, 2004, the undersigned received the Plaintiff's Motion for Permission to File Supplemental Memorandum and Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss.

4. The Court previously granted a one week extension of time for the Defendants to file their reply brief on January 20, 2004.

5. The undersigned respectfully requests that the Defendants be allowed three additional days, until January 23, 2004, to file their response, based on the fact that Defendants received Plaintiff's Motion for Permission to File Supplemental Memorandum and Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss today, January 16, 2004, one business day before Defendants' reply papers are to be filed.

6. This action has not been assigned for trial, and the requested extension will not affect other scheduling order deadlines that have been set in this case.

Dated at Stamford, Connecticut, this 16th day of January, 2004.

                            Respectfully Submitted.

                            THE DEFENDANTS

By _____
    Daniel Green
    Attorney (CT 08746)
    Jeffrey Vona (CT 22519)
    **JACKSON LEWIS LLP**
    177 Broad Street
    P.O. Box 251
    Stamford, CT 06904-0251
    Phone: (203) 961-0404
    Facsimile: (203) 324-4704
    Email: greend@jacksonlewis.com

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing has been served this 16th day of January, 2004 via First Class Mail on:

> Kathryn Emmett
> Emmett & Glander
> 45 Franklin Street
> Stamford, CT 06901

_____
Jeffrey Vona