## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN CLARK, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv2278 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VERMONT PURE HOLDINGS, LTD., ET AL. | : | |
| | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Plaintiff's Motion For Permission To File Supplemental Memorandum [doc. #42], dated January 16, 2004, is hereby **GRANTED**. The Clerk is directed to docket Plaintiff's Supplemental Memorandum In Opposition To Defendants' Motion To Dismiss, dated January 16, 2004.

Defendants' Motion For Extension [doc. #44], dated January 16, 2004, is hereby GRANTED. Defendants shall respond to Plaintiff's Motion To Strike and Plaintiff's opposition to Defendants' Motion To Dismiss on or before **January 23, 2004**.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 23, 2004.