IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BRIAN CLARK,<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 3:02 CV 2278 (MRK)<br>: |
| v. | :<br>: |
| VERMONT PURE HOLDINGS, LTD., ET AL.<br>    Defendants. | :<br>:<br>: JANUARY 16, 2004 |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

Plaintiff Brian Clark submits this supplemental memorandum in opposition to defendants' Motion to Dismiss dated October 9, 2003 in order to clarify his claim for estoppel, addressed in his initial memorandum at Section III.D.

Defendants move to dismiss plaintiff's Third Claim for Relief, *inter alia*, on the grounds that a claim for estoppel requires plaintiff to establish that defendants made a "promise" to plaintiff and the allegations are insufficient to support a promise. See Def.Mem. at Section III.D.1.a. Plaintiff's argument that the allegations of his complaint are sufficient to state a claim for promissory estoppel are set forth in his initial memorandum.

Plaintiff submits this supplemental memorandum to clarify that he also asserts a claim for equitable estoppel under ERISA, as recognized by the Second Circuit. See Lee v. Burkhart, 991 F.2d 1004, 1009 (2d Cir. 1993) ("We have recognized that under 'extraordinary circumstances' principles of estoppel can apply in ERISA cases."). In order to establish a claim for equitable estoppel, plaintiff need only prove that defendants "materially misrepresented" the terms of the

Long Term Disability Plan, rather than that defendants made a "promise" to plaintiff. See id. at 1009 ("The elements of estoppel are (1) material misrepresentation, (2) reliance and (3) damage.").

    For the reasons set forth in Section III.D. of plaintiff's initial memorandum, the allegations of plaintiff's complaint are sufficient to state a "promise," or at the very least a "material misrepresentation" by defendants and, therefore, state a valid claim for estoppel under ERISA.

                            THE PLAINTIFF, BRIAN CLARK

By:_____
      KATHRYN EMMETT
      Federal Bar No. CT05605
      CHRISTINE CAULFIELD
      Federal Bar No. ct19115
      EMMETT & GLANDER
      45 Franklin Street
      Stamford, CT  06901
      (203) 324-7744

**CERTIFICATION**

      This is to certify that a copy of the foregoing was forwarded via facsimile and mailed, postage prepaid, this 16th day of January, 2004, to:

Daniel Green, Esq.
Robert Ray Perry, Esq.
Jackson Lewis LLP
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

                                            Kathryn Emmett