HONORABLE M.R. Kravitz Civil (April 12, 2004)

TOTAL TIME: _1_ hours _35_ minutes

DEPUTY CLERK K. Ghilardi RPTR/ERO/TAPE Then

DATE 4/22/04    START TIME 10:25    END TIME 12:00

LUNCH RECESS FROM _____ TO _____

*Clark*

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02cv2278mrk

§
§
Kathryn Emmett
Plaintiffs Counsel

vs.

§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

Robert Ray Perry
Defendants Counsel

*Vermont Pure Holdings, LTD*

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ ... #31 | Motion to Dismiss | | ☐ granted | ☐ denied | ☑ advisement |
| ☑ ... #37 | Motion to Strike | | ☐ granted | ☐ denied | ☑ advisement |
| ☐ ... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

| | | |
|---|---|---|
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |

☐ ...    Hearing continued until _____ at _____