IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|                                      |   |                           |
|--------------------------------------|---|---------------------------|
| BRIAN CLARK,                         | : | CIVIL ACTION NO.          |
| Plaintiff,                           | : | 3:03 CV 2278 (MRK)        |
|                                      | : |                           |
| v.                                   | : |                           |
|                                      | : |                           |
| VERMONT PURE HOLDINGS, LTD., ET AL.  | : |                           |
| Defendants.                          | : | MAY 3, 2004               |

## JOINT MOTION TO REVISE SCHEDULING ORDER DEADLINES

Pursuant to Local Rule 7(b), the parties respectfully move to revise the current Scheduling Order deadlines set forth in the Court's order, dated July 30, 2003. The parties request a four month extension of the proposed deadlines in order to complete discovery in this case.

In support of this request, undersigned counsel represents that the parties anticipate that they will not be able to complete discovery by June 23, 2004 due to counsels' conflicting schedules, including trial obligations.

For the foregoing reason, the parties jointly move to revise the proposed Scheduling Order deadlines as follows:

1. Discovery, including all discovery relating to expert witnesses will be completed by October 22, 2004.

2. Report(s) from plaintiff's expert(s) will be due on or before June 23, 2004. Deposition(s) of plaintiff's expert(s) will be completed by August 23, 2004.

3. Report(s) from defendants' expert(s) will be due on or before September 23, 2004. Deposition(s) of defendants' expert(s) will be completed by October 22, 2004.

4. A damage analysis will be provided by any party who has a claim or counterclaim for damages on or before June 23, 2004.

5. The mandatory settlement conference will be scheduled on or before November 1, 2004.

6. Dispositive motions will be filed on or before December 1, 2004.

7. A joint trial memorandum will be filed on or before January 23, 2004 or within 60 days of the Court's ruling on any dispositive motions, whichever is later.

8. The case will be ready for trial by January 23, 2005 or within 60 days of the Court's ruling on any dispositive motions, whichever is later.

Attorney Daniel Green, who represents defendants in this action, has authorized undersigned counsel to represent that defendants join in this motion. This action has not been assigned for trial.

2

THE PLAINTIFF, BRIAN CLARK

BY: _/s/ Kathryn Emmett_
KATHRYN EMMETT
Federal Bar No. ct05605
CHRISTINE CAULFIELD
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT 06901
(203) 324-7744
kemmett@emmettandglander.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 3rd day of May, 2004, to:

Daniel Green, Esq.
Robert R. Perry, Esq.
Jackson Lewis LLP
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_/s/ Kathryn Emmett_
KATHRYN EMMETT

3