UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

May 11, 2004

10:00 a.m.

CASE NO. **3:02CV2278 (MRK) Clark v. Vermont Pure Holdings, Ltd., et al.**

Christine A. Caulfield
Emmett & Glander
45 Franklin St.
Stamford, CT 06901
203-324-7744

Kathryn Emmett
Emmett & Glander
45 Franklin St.
Stamford, CT 06901
203-324-7744

Daniel Green
Jackson Lewis LLP
177 Broad St.
P.O. Box 251
Stamford, CT 06904-0251
203-961-0404

Jeffrey M. Vona
Jackson Lewis
177 Broad St.
P.O. Box 251
Stamford, CT 06904-0251
203-961-0404

Robert Ray Perry
Jackson Lewis
One North Broadway, Suite 1502
White Plains, NY 10601
914-328-0404

STATUS CONFERENCE HELD

DATE: 5/11/04

15 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK