IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br>    Plaintiff, | CIV. NO: 3:02CV2278 (MRK) |
| v. | |
| VERMONT PURE HOLDINGS, LTD.,<br>CRYSTAL ROCK SPRING WATER COMPANY,<br>CRYSTAL ROCK LONG TERM DISABILITY<br>PLAN, and CRYSTAL ROCK SEVERANCE<br>PLAN,<br>    Defendants. | July 1, 2004 |

## APPEARANCE OF A. ROBERT FISCHER

Please enter my appearance as attorney for defendants, Vermont Pure Holdings, Ltd., Crystal Rock Spring Water Company, Crystal Rock Long Term Disability Plan, and Crystal Rock Severance Plan, in addition to those already on file.

By: _____
A. Robert Fischer (CT 01295)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: fischera@jacksonlewis.com

## **CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing was mailed via First Class Mail this 1st day of July, 2004 to the following attorney(s) of record:

Kathryn Emmett
Emmett & Glander
45 Franklin Street
Stamford, CT 06901

_____
A. Robert Fischer