UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN CLARK, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv2278 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VERMONT PURE HOLDINGS, LTD., ET AL. | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Having conferred with the parties during an on-the-record telephonic status conference on October 25, 2004, the Court enters the following order:

1. On **November 15, 2004**, the parties will file simultaneous briefs of not more than 15 pages addressed to the attorney-client issues discussed during the telephonic conference.

2. The Court's Modified Scheduling Order [doc. # 53] is modified in the following respects:

    a. All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **December 31, 2004**;

    b. Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **December 15, 2004**.

    c. If no dispositive motions are filed, the Parties' Joint Trial Memorandum (instructions are attached) is due **January 15, 2005**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's

1

decision on the dispositive motion.  The case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: October 25, 2004**.