# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BRIAN CLARK,                          :
                                      :
                    Plaintiff,        :      NO.    3:02cv2278 (MRK)
                                      :
v.                                    :
                                      :
                                      :
VERMONT PURE HOLDINGS, LTD.,          :
ET AL.                                :
                                      :
                    Defendants.       :

## MODIFIED ORDER

Having conferred with the parties during a telephonic status conference on November 5, 2004, the Court enters the following modified scheduling order:

1.  On **November 30, 2004**, the parties will file simultaneous briefs of not more than 15 pages addressed to the attorney-client issues discussed during the telephonic conference.

2.  The Court's Modified Scheduling Order [doc. # 53] is modified in the following respects:

    a.  All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **January 15, 2005**;

    b.  Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **December 15, 2004**.

    c.  If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **January 31, 2005**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion. The case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

IT IS SO ORDERED.


/s/ _____Mark R. Kravitz_____
United States District Judge


**Dated at New Haven, Connecticut: November 8, 2004**.