## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BRIAN CLARK,<br>Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 2278 (MRK) |
| v. | |
| VERMONT PURE HOLDINGS, LTD., ET AL.<br>Defendants. | NOVEMBER 29, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS

Pursuant to Local Rule 7(b), plaintiff Brian Clark respectfully requests a thirty day extension of time within which to file his objections and responses to Defendant's Second Set of Interrogatories and Requests for Production dated October 29, 2004 up to and including December 29, 2004. This is plaintiff's first request for an extension of this deadline.

In support of this request, undersigned counsel represents that she has been preparing plaintiff's response to defendant's requests, but due to conflicting obligations requires some additional time to finalize plaintiff's response and production of documents.

Undersigned counsel is authorized to represent that Attorney Daniel Green, who represents the defendant in this action, does not object to plaintiff's request. This action has not been assigned for trial.

THE PLAINTIFF, BRIAN CLARK

BY: _____

Kathryn Emmett
Federal Bar No. ct05605
Christine Caulfield
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT  06901
(203) 324-7744
kemmett@emmettandglander.com
ccaulfield@emmettandglander.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 29th day of November, 2004, to:

Daniel Green, Esq.
Robert R. Perry, Esq.
**Jackson Lewis LLP**
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_____
KATHRYN EMMETT

-2-