## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BRIAN CLARK,**<br><br>      **Plaintiff,**<br><br>  **-against-**<br><br>**VERMONT PURE HOLDINGS, LTD.,<br>CRYSTAL ROCK SPRING WATER<br>COMPANY, CRYSTAL ROCK LONG<br>TERM DISABILITY PLAN, and<br>CRYSTAL ROCK SEVERANCE<br>PLAN,**<br><br>      **Defendants**. | **Civ. No: 3:02CV2278 (MRK)**<br><br><br><br><br><br>**December 1, 2004** |

## MOTION FOR EXTENSION OF DEADLINE FOR DISPOSITIVE MOTIONS

   The Defendants in the above matter, in accordance with Rule 7(b) of the Local Rules of Civil Procedure respectfully request that the deadline for filing of dispositive motions be extended to December 31, 2004. In support of this request, the undersigned represents:

   1. This is Defendants' first request for an extension of the December 15, 2004 deadline for filing dispositive motions.

   2. The undersigned has discussed this request with Attorney Kathryn Emmett representing the Plaintiff, who does not object to this request.

   3. The requested extension is necessary because the undersigned, in addition to other obligations, is subject to an order of the Court requiring that dispositive motions be filed by December 31, 2004 in the matter of <u>Blantin v. Paragon Decision Resources, Inc.</u>, Docket No. 3:03-CV 02162-CFD, which is pending in this Court. The undersigned's responsibility on the <u>Blantin</u> matter arose as a result of another Jackson Lewis attorney going out on maternity leave.

The undersigned requests the additional time to prepare dispositive motions in both cases and to fulfill other obligations.

        4.    This action has not been assigned for trial, and the requested extension will not affect other scheduling order deadlines that have been set in this case.

Dated at Stamford, Connecticut, this 1st day of December, 2004.

Respectfully Submitted

THE DEFENDANTS

By _____
A. Robert Fischer
Attorney (CT 53231)
**JACKSON LEWIS LLP**
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone:  (203) 961-0404
Facsimile:  (203) 324-4704
Email: fischera@jacksonlewis.com

## CERTIFICATE OF SERVICE

        This is to certify that a true and correct copy of the foregoing has been served this 1st day of December, 2004 via First Class Mail on:

Kathryn Emmett
Emmett & Glander
45 Franklin Street
Stamford, CT 06901
(203) 324-7744 – T
(203) 969-1319 – F
kemmett@emmettandglander.com

A. Robert Fischer