UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br><br>                Plaintiff,<br><br>-against-<br><br>VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN, and CRYSTAL ROCK SEVERANCE PLAN,<br><br>                Defendants. | Civ. No: 3:02CV2278 (MRK)<br><br><br><br><br><br><br><br>December 16, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF DEADLINE FOR DISPOSITIVE MOTIONS

The defendants in the above matter, in accordance with Rule 7(b) of the Local Rules of Civil Procedure, respectfully request that the deadline for filing of dispositive motions be extended by 17 days, to January 17, 2005. In support of this request, the undersigned represents:

      1.     This is the defendants' second motion for an extension of the December 15, 2004 deadline for filing dispositive motions.

      2.     The undersigned has discussed this motion with the plaintiff's counsel, Kathryn Emmett, who consents to it.

      3.     The requested extension is necessary because the undersigned, who is the lead trial attorney in this matter, and who is preparing the defendants' motion for summary judgment (the "defendants' motion") with Attorney Daniel Green recently

sustained serious injuries in an automobile accident, requiring daily physical therapy for rehabilitation. Those sessions, the conflicts of holiday scheduling, and other work obligations have combined to limit both the time the undersigned has been able to devote to the defendants' motion, and the availability of witnesses whose affidavits may be used to support the defendants' motion.

4.  This action has not been assigned for trial, and the requested extension will not affect other scheduling order deadlines that have been set in this case.

Respectfully Submitted,

THE DEFENDANTS

By _____
A. Robert Fischer
CT 01295
Daniel Green
CT 08746
**JACKSON LEWIS LLP**
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: fischera@jacksonlewis.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this date, postage prepaid, to:

Kathryn Emmett, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT 06901

_____
A. Robert Fischer