UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br><br>                Plaintiff,<br><br>-against-<br><br>VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN, and CRYSTAL ROCK SEVERANCE PLAN,<br><br>                Defendants. | Civ. No: 3:02CV2278 (MRK)<br><br><br><br><br><br><br><br><br><br>January 11, 2005 |

**MOTION ON CONSENT FOR EXTENSION
OF DEADLINE FOR DISCOVERY AND DISPOSITIVE MOTIONS**

      Defendants in the above matter, in accordance with Rule 7(b) of the Local Rules of Civil Procedure, respectfully move for a brief additional time to complete discovery and file dispositive motions in the above-captioned matter. The requested extension is necessary because, as discussed below, the conclusion of discovery in this matter has been delayed for reasons beyond the control of counsel.

      Defendants request that the deadline for completion of discovery in this matter be extended until January 28, 2005, and the deadline for filing dispositive motions be extended until February 14, 2005.

      In support of this request, the undersigned represents:

      1.    The depositions of Attorney Michael Dunn ("Dunn"), Attorney Melanie Miller ("Miller") and Attorney Kevin Berry ("Berry") still need to be taken or

completed. (Counsel have also discussed taking several other depositions of third party witnesses; however, those depositions will not affect the dispositive motions and can be taken on agreement of counsel in the future.)

2. The deposition of Dunn, former manager of human resources for Crystal Rock, which had been scheduled for January 5, 2005, was cancelled at Dunn's request due to icy driving conditions existing that day. Dunn is the individual who cancelled Crystal Rock's LTD plan. His testimony as to the circumstances under which the plan was terminated is important in relation to plaintiff's ERISA claims. Dunn served as Crystal Rock's manager of human resources before Brian Clark, and it is likely that he has relevant knowledge of the circumstances under which Clark assumed that position, the duties of that position, and other related matters which are relevant to plaintiff's discrimination claims. Dunn's deposition has been renoticed for January 18, 2005, the earliest date on which he is available.

3. Counsel traveled to Philadelphia on January 10, 2005 to depose Miller and Berry (Ms. Miller recently gave birth and, consequently, the scheduling of her deposition was delayed due to her maternity leave). Miller and Berry advised defendants concerning plaintiff's claims prior to the commencement of litigation, and their testimony concerning defendants' investigation of and reaction to plaintiff's claims will likely have a bearing on defendants' motion for summary judgment and plaintiff's opposition to the motion. Ms. Miller's deposition was not completed, and Mr. Berry's deposition was not started, on January 10. The continuation of Miller's deposition and Berry's deposition have been renoticed for January 28, 2005, the earliest date on which they are available.

4. An extension until February 14, 2005 for dispositive motions is requested to allow for the preparation and review of the transcripts of the Dunn, Miller and Berry depositions and for the incorporation of any relevant portions of their testimony into defendants' motion for summary judgment.

5. This action has not been assigned for trial, and the requested extension will not affect other scheduling order deadlines that have been set in this case.

6. Defendants have filed two previous requests for an extension of that deadline. The parties have jointly requested extension of the discovery deadline through modification of the scheduling order on three previous occasions.

7. Defendants' attorney A. Robert Fischer has discussed this motion with the plaintiff's counsel, Kathryn Emmett. Attorney Emmett joins in this motion, and requests that it be granted.

Respectfully Submitted,

THE DEFENDANTS

By _____
A. Robert Fischer
CT 01295
Daniel Green
CT 08746
**JACKSON LEWIS LLP**
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: fischera@jacksonlewis.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this date, postage prepaid, to:

Kathryn Emmett, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT 06901

_____
A. Robert Fischer