UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br><br>                Plaintiff,<br><br>-against-<br><br>VERMONT PURE HOLDINGS, LTD.,<br>CRYSTAL ROCK SPRING WATER<br>COMPANY, CRYSTAL ROCK LONG<br>TERM DISABILITY PLAN, and<br>CRYSTAL ROCK SEVERANCE<br>PLAN,<br><br>                Defendants. | Civ. No: 3:02CV2278 (MRK)<br><br><br><br><br><br><br><br><br><br>February 11, 2005 |

**MOTION ON CONSENT FOR EXTENSION
OF DEADLINE FOR FILING DISPOSITIVE MOTIONS AND FOR
PERMISSION TO EXCEED MEMORANDUM PAGE LIMITATION**

        Defendants in the above matter, in accordance with Rules 7(a)2 and 7(b) of the Local Rules of Civil Procedure, respectfully request that defendants be allowed to exceed the forty page limit on memoranda contained in Local Rule 7(a)2, and that the deadline for filing of dispositive motions be extended to February 16, 2005. In support of this request, the undersigned represents:

        1.     The complaint in this case contains ten different claims based on ERISA violations, failure to pay benefits under an alleged severance plan, and discrimination and retaliation based on plaintiff's age and alleged disability.

        2.     Defendants have been working diligently on completing and organizing their motion for summary judgment and the supporting memorandum, affidavits and deposition excerpts that will be filed in support of the motion.

3.   Defendants are endeavoring to present their arguments in a manner that will facilitate the Court's analysis of the complicated issues that are presented. The requested two day extension is necessary to allow defendants to properly incorporate long term disability documentation, deposition testimony, and recently received affidavits into defendants' supporting documents, and to more clearly state certain arguments in their memorandum.

4.   Defendants hope not to exceed the forty page limitation on memoranda, but are requesting permission to exceed that limitation, by up to ten pages, if it becomes necessary.

5.   This action has not been assigned for trial, and the requested extension will not affect other scheduling order deadlines that have been set in this case.

6.   The parties previously filed one joint request for an extension of the deadline for filing dispositive motions. Defendants have filed three previous requests for an extension of that deadline.

7.   The undersigned has discussed this motion with the plaintiff's counsel, Kathryn Emmett. Attorney Emmett has no objection to this motion being granted.

        Respectfully Submitted,

        THE DEFENDANTS

By _____
  A. Robert Fischer
  CT 01295
  Daniel Green
  CT 08746
  **JACKSON LEWIS LLP**
  177 Broad Street
  P.O. Box 251
  Stamford, CT 06904-0251
  Phone: (203) 961-0404
  Facsimile: (203) 324-4704
  Email: fischera@jacksonlewis.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this date, postage prepaid, to:

  Kathryn Emmett, Esq.
  Emmett & Glander
  45 Franklin Street
  Stamford, CT 06901

_____
Daniel Green