UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br><br>    Plaintiff,<br><br>-against-<br><br>VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN and CRYSTAL ROCK SEVERANCE PLAN,<br><br>    Defendants. | Civ. No: 3:02CV2278 (MRK)<br><br><br><br>February 16, 2005 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Vermont Pure Holdings, LTD., Crystal Rock Spring Water Company, Crystal Rock Long Term Disability Plan, and Crystal Rock Severance Plan, in accordance with Fed. R. Civ. P. 56 and Local Rule 56, move for summary judgment on each of the Claims for Relief in the Third Amended Complaint filed by the plaintiff, Brian Clark. In support of their motion, defendants have filed herewith: (1) a Memorandum of Law; (2) a Local Rule 56(a)(1) Statement; (3) a declaration from Daniel Green, to which are appended excerpts of testimony from the depositions of plaintiff, Brian Clark, Peter Baker, David Jurasek, and Michael Dunn, including selected exhibits from the depositions, and the expert's report of Gerald Katz; and (4) affidavits from Peter Baker, Timothy Loftus and David Jurasek.

Respectfully submitted,

DEFENDANTS, VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN, and CRYSTAL ROCK SEVERANCE PLAN

By _____
A. Robert Fischer
CT 01295
Fischera@JacksonLewis.com
Daniel Green
CT 08746
Greend@JacksonLewis.com
Robert R. Perry
CT 22698
Perryr@JacksonLewis.com
**JACKSON LEWIS LLP**
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
THEIR ATTORNEYS

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to: Kathryn Emmett, Esq., Emmett & Glander, 45 Franklin Street, Stamford, CT 06901.

_____
A. Robert Fischer