IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

BRIAN CLARK,
    Plaintiff,

v.

VERMONT PURE HOLDINGS, LTD., ET AL.
    Defendants.

CIVIL ACTION NO.
3:02 CV 2278 (MRK)

MARCH 9, 2005

---

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a one month extension of time within which to file his opposition to Defendants' Motion for Summary Judgment filed February 16, 2005 up to and including April 8, 2005. This is plaintiff's first request for an extension of this deadline.

In support of this request, undersigned counsel represents that counsel for plaintiff require additional time to complete his opposition due to conflicting professional obligations including, but not limited to, preparation of a memorandum in opposition to defendant's motion to dismiss in Robles v. United States of America, 3:04 CV1725 (JCH); obligations relating to pro bono representation of Sammie Goss at the request of the Honorable U.S. District Court Judge William I. Garfinkel; preparation of a post-trial memorandum in 83-85 Railroad Avenue, et al. v. Samuel Judice, M.D., et al., CV 01 0186514S, pending in Connecticut Superior Court; pretrial motion practice and discovery obligations in Bolton v. Weil, Gotshal & Manges LLP, et al., Index No. 602341/03, pending in the Supreme Court of the State of New York, County of New

York; discovery obligations in Roe v. Burden, et al., CV 02 0396666S, Doe v. Derma Clinic, et al., CV 01 0382381S and Allen v. Burden, et al., CV 01 0384425S, all pending in Connecticut Superior Court; and obligations on behalf of the Center for Children's Advocacy. Furthermore, defendants move for summary judgment on all ten counts of plaintiff's complaint, which includes claims under the Employee Retirement Income Security Act, claims of employment discrimination on the basis of disability and age, and claims for retaliation and wrongful termination. Therefore, counsel require considerable time in order to prepare plaintiff's opposition.

Undersigned counsel is authorized to represent that Attorney Daniel Green, who represents the defendants in this action, does not object to plaintiff's request. This action has not been assigned for trial.

THE PLAINTIFF, BRIAN CLARK

BY: _____
Kathryn Emmett
Federal Bar No. ct05605
Christine Caulfield
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT 06901
(203) 324-7744
kemmett@emmettandglander.com
ccaulfield@emmettandglander.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 9th day of March, 2005, to:

Daniel Green, Esq.
Robert R. Perry, Esq.
**Jackson Lewis LLP**
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_____
KATHRYN EMMETT