IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br>    Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 2278 (MRK) |
| v. | |
| VERMONT PURE HOLDINGS, LTD., ET AL.<br>    Defendants. | APRIL 8, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a six week extension of time within which to file his opposition to Defendants' Motion for Summary Judgment from April 8, 2005 up to and including May 20, 2005. This is plaintiff's second request for an extension of this deadline.

In support of this request, undersigned counsel represents that counsel for plaintiff have been working to the extent possible to complete plaintiff's memorandum, but numerous personal and professional obligations have interfered and will be continuing to interfere with their ability to complete the memorandum. In particular, Attorney Christine Caulfield, who normally works on a part-time basis, has had to take a leave of absence from the office because her child care provider has been and is unavailable for several weeks and perhaps longer for medical reasons beginning March 30, 2005 and, in addition, will be out of the country on a family vacation scheduled for the last two weeks in April. In addition, Attorney Kathryn Emmett has family obligations in connection with the upcoming Passover holiday. Counsel also currently have a

number of other time-consuming professional obligations in addition to preparation of the opposition memorandum in this case, including, preparation of a memorandum in opposition to defendant's motion to dismiss in Robles v. United States of America, 3:04 CV1725 (JCH); obligations relating to pro bono representation of Sammie Goss in two cases, Goss v. Kane, et al., 3:04 CV 01426 (SRU), and Kane Realty LLC v. Goss, BRSP055613 pending in the Bridgeport Housing Court, at the initial request of the Honorable U.S. Magistrate Judge William I. Garfinkel; preparation of post-trial memoranda in 83-85 Railroad Avenue, et al. v. Samuel Judice, M.D., et al., CV 01 0186514S, pending in Connecticut Superior Court; pretrial motion practice and discovery obligations, including multiple out-of-state depositions, in Bolton v. Weil, Gotshal & Manges LLP, et al., Index No. 602341/03, pending in the Supreme Court of the State of New York, County of New York; pretrial motion practice and discovery obligations in Roe v. Burden, et al., FST X05 CV 02 4003551S, Doe v. Derma Clinic, et al., FST X05 CV 01 40035503 and Allen v. Burden, et al., FST X05 CV 01 4003565S, all pending on the complex litigation docket of the Connecticut Superior Court; and obligations in connection with Juan F. et al. v. Rell, et al., 2:89 CV 00859 (AHN), on behalf of the Center for Children's Advocacy. Furthermore, in the instant case, defendants move for summary judgment on all ten counts of plaintiff's complaint, which includes claims under the Employee Retirement Income Security Act, claims of employment discrimination on the basis of disability and age, and claims for retaliation and wrongful termination. Therefore, counsel require considerable time in order to prepare plaintiff's opposition.

      Undersigned counsel is authorized to represent that Attorney A. Robert Fischer, Esq, who represents the defendants in this action, does not object to plaintiff's request. This action has not been assigned for trial.

                THE PLAINTIFF, BRIAN CLARK

BY: _____
Kathryn Emmett
Federal Bar No. ct05605
Christine Caulfield
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT 06901
(203) 324-7744
kemmett@emmettandglander.com
ccaulfield@emmettandglander.com

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 8th day of April, 2005, to:

A. Robert Fischer, Esq
**Jackson Lewis LLP**
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_____
KATHRYN EMMETT