UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br><br>     Plaintiff,<br><br> -against-<br><br>VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN, and CRYSTAL ROCK SEVERANCE PLAN,<br><br>     Defendants. | Civ. No: 3:02CV2278 (MRK)<br><br><br><br><br><br><br><br>April 14, 2005 |

## DEFENDANTS' MOTION FOR PERMISSION TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES

In accordance with the provisions of Fed. R. Civ. P. 15(a), Defendants respectfully request permission to file the attached Amended Answer And Affirmative Defenses To Plaintiff's Third Amended Complaint. In support of this motion, Defendants state the following:

1. Although Defendants have previously filed an answer and affirmative defenses to Plaintiff's discrimination and retaliation claims (Seventh through Tenth Claims For Relief in Third Amended Complaint), Defendants have not previously answered or filed affirmative defenses in response to Plaintiff's ERISA claims. (First through Sixth Claims For Relief in Third Amended Complaint.)

2. In addition to answering and filing affirmative defenses in response to Plaintiff's First through Sixth Claims For Relief, the attached Amended

Answer includes amended responses to paragraphs 1, 2, 6, 8, 16, 20, 25, 33, 35, 47 and 54 of Plaintiff's Third Amended Complaint, and amendments to the Affirmative Defenses to Plaintiff's Seventh through Tenth Claims For Relief.

3. This is Defendants' first request to amend their answer and affirmative defenses. Plaintiff will not be prejudiced by the granting of Defendants' request since none of the amendments involve new claims, or any subjects which should surprise Plaintiff.

4. Fed. R. Civ. P. 15(a) provides that leave to amend "shall be freely given when justice so requires." Defendants respectfully request that they be granted permission to file the attached Amended Answer And Affirmative Defenses.

Respectfully submitted,

DEFENDANTS, VERMONT PURE
HOLDINGS, LTD., CRYSTAL ROCK
SPRING WATER COMPANY, CRYSTAL
ROCK LONG TERM DISABILITY PLAN,
and CRYSTAL ROCK SEVERANCE
PLAN

By _____
A. Robert Fischer
CT 01295
Fischera@JacksonLewis.com
Daniel Green
CT 08746
Greend@JacksonLewis.com
Robert R. Perry
CT 22698
Perryr@JacksonLewis.com
**JACKSON LEWIS LLP**
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
THEIR ATTORNEYS

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to: Kathryn Emmett, Esq., Emmett & Glander, 45 Franklin Street, Stamford, CT 06901.

                                                                    A. Robert Fischer