IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN CLARK,<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:02 CV 2278 (MRK) |
| v. | : | |
| VERMONT PURE HOLDINGS, LTD., ET AL.<br>Defendants. | : | APRIL 28, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff a one week extension of time from May 2, 2005 to May 9, 2005 within which to file his opposition to Defendants' Motion for Permission to File Amended Answer and Affirmative Defenses. This is plaintiff's first request for an extension of this deadline.

In support of this request, undersigned counsel represents that a pre-filing telephone conference is scheduled to discuss plaintiff's opposition on Tuesday May 3, 2005 and that plaintiff is, therefore, requesting the additional time in order to have the benefit of the Court's input prior to filing plaintiff's opposition.

Undersigned counsel is authorized to represent that Attorney Daniel Green, Esq, who represents the defendants in this action, does not object to plaintiff's request. This action has not been assigned for trial.

THE PLAINTIFF, BRIAN CLARK

BY: /s/ Kathryn Emmett
Kathryn Emmett
Federal Bar No. ct05605
Christine Caulfield
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT  06901
(203) 324-7744
kemmett@emmettandglander.com
ccaulfield@emmettandglander.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 28th day of April, 2005, to:

Daniel Green, Esq.
A. Robert Fischer, Esq.
**Jackson Lewis LLP**
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

/s/ Kathryn Emmett
KATHRYN EMMETT