UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br><br>             Plaintiff,<br><br>-against-<br><br>VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN and CRYSTAL ROCK SEVERANCE PLAN,<br><br>             Defendants. | Civ. No: 3:02CV2278 (MRK)<br><br><br><br>May 10, 2005 |

## DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

Defendants, Vermont Pure Holdings, LTD., Crystal Rock Spring Water Company, Crystal Rock Long Term Disability Plan, and Crystal Rock Severance Plan, in accordance with the Court's order dated May 4, 2005, renew their motion for summary judgment on each of the Claims for Relief in the Third Amended Complaint filed by the plaintiff, Brian Clark. In support of their renewed motion, Defendants incorporate in this filing the following documents which were previously filed on February 16, 2005: (1) Defendants' Memorandum of Law; (2) Defendants' Local Rule 56(a)(1) Statement; (3) the declaration of Daniel Green, to which are appended excerpts of testimony from the depositions of plaintiff, Brian Clark, Peter Baker, David Jurasek, and Michael Dunn, including selected exhibits from the depositions, and the expert's report of Gerald Katz; and (4) affidavits from Peter Baker, Timothy Loftus and David Jurasek.

**ORAL ARGUMENT REQUESTED**

Also in accordance with the Court's order, Defendants are filing with this renewed motion the Affidavit of Sharon Miller, a Supplemental Memorandum of Law and a Supplemental Local Rule 56(a)1 Statement.

Respectfully submitted,

DEFENDANTS, VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN, and CRYSTAL ROCK SEVERANCE PLAN

By _____
A. Robert Fischer
CT 01295
Fischera@JacksonLewis.com
Daniel Green
CT 08746
Greend@JacksonLewis.com
Robert R. Perry
CT 22698
Perryr@JacksonLewis.com
**JACKSON LEWIS LLP**
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
THEIR ATTORNEYS

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to: Kathryn Emmett, Esq., Emmett & Glander, 45 Franklin Street, Stamford, CT 06901.

_____
A. Robert Fischer