UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br><br>                Plaintiff,<br><br>   -against-<br><br>VERMONT PURE HOLDINGS, LTD.,<br>CRYSTAL ROCK SPRING WATER<br>COMPANY, CRYSTAL ROCK LONG<br>TERM DISABILITY PLAN, and<br>CRYSTAL ROCK SEVERANCE<br>PLAN,<br><br>                Defendants. | Civ. No: 3:02CV2278 (MRK)<br><br><br><br>May 10, 2005 |

## DEFENDANTS' SUPPLEMENTAL LOCAL RULE 56(a)1 STATEMENT

Defendants, in accordance with the provisions of L. Civ. R. 56(a)1, and the order of the Court dated May 4, 2005 respectfully submit the following supplemental statement of material facts as to which the Defendants submit there is no genuine issue to be tried.[1]

66.    Mutual Benefit Life Insurance Company ("Mutual Benefit") provided group LTD coverage for Crystal Rock Spring Water Company ("Crystal Rock") through policy no. 56860 from 1985 until 1991. (Miller aff., ¶¶ 3, 4, 5.)

67.    Mutual Benefit was purchased by Fortis, Inc. in the early 1990's, and thereafter operated under the name Fortis Benefits Insurance Company. In 2004, Fortis, Inc. became Assurant, Inc., a publicly traded company. Assurant, Inc. owns 100% of the stock of Fortis Benefits Insurance Company, which markets policies under the name Assurant Employee Benefits.

---

[1] The facts set forth below are based upon the affidavit of Sharon Miller ("Miller aff.") which is being filed simultaneously with this supplemental statement.

68. Mutual Benefit prepared a Schedule of Insurance in connection with policy no. 56860 which summarized the terms of the policy. (Miller aff., ¶¶ 6, 7.)

69. Crystal Rock had the right to terminate policy no. 56860. (Miller aff., ¶ 7; Schedule of Insurance, PRLMS 00335, 00346.)

70. Copies of policy no. 56860 and related documents were maintained in a warehouse maintained by Fortis Benefits Insurance Company in Kansas City, Missouri until 1998, when the documents were destroyed. (Miller aff., ¶¶ 9, 10.)

        Respectfully submitted,

        DEFENDANTS, VERMONT PURE
        HOLDINGS, LTD., CRYSTAL ROCK
        SPRING WATER COMPANY, CRYSTAL
        ROCK LONG TERM DISABILITY PLAN,
        and CRYSTAL ROCK SEVERANCE
        PLAN

By _____
        A. Robert Fischer
        CT 01295
        Fischera@JacksonLewis.com
        Daniel Green
        CT 08746
        Greend@JacksonLewis.com
        Robert R. Perry
        CT 22698
        Perryr@JacksonLewis.com
        **JACKSON LEWIS LLP**
        177 Broad Street
        P.O. Box 251
        Stamford, CT 06904-0251
        Phone: (203) 961-0404
        Facsimile: (203) 324-4704
        THEIR ATTORNEYS

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, this date, postage prepaid, to: Kathryn Emmett, Esq., Emmett & Glander, 45 Franklin Street, Stamford, CT 06901.

A. Robert Fischer