UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br><br>    Plaintiff,<br><br>-against-<br><br>VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN, and CRYSTAL ROCK SEVERANCE PLAN,<br><br>    Defendants. | Civ. No: 3:02CV2278 (MJK)<br><br><br><br>April 6, 2005 |

## AFFIDAVIT OF SHARON MILLER

The undersigned, being duly sworn, does depose and say:

1. I am over 18 years of age, and I believe in the obligations of an oath.

2. I make this affidavit freely, based on my personal knowledge of the facts set forth herein.

3. I have been employed, since 1979, with the company formerly known as Mutual Benefit Life Insurance Company ("Mutual Benefit") and currently operating under the name Assurant Employee Benefits. Since 1984, I have served in the Contracts Department, where my responsibilities have involved drafting and filing provisions in LTD contracts. In connection with my employment I have developed familiarity with the provisions of the company's LTD contracts.

4. Mutual Benefit was purchased by Fortis, Inc. in the early 1990's, and thereafter operated under the name Fortis Benefits Insurance Company. In 2004, Fortis, Inc. became Assurant, Inc., a publicly traded company. Assurant, Inc. owns 100% of the stock of Fortis Benefits Insurance Company, which markets policies under the name Assurant Employee Benefits.

5. Mutual Benefit provided group LTD coverage for Crystal Rock Spring Water Company ("Crystal Rock") through policy no. 56860 from 1985 through 1991.

6. Mutual Benefit prepared a document entitled "Schedule of Insurance."

7. The attached Schedule of Insurance was prepared in connection with policy no. 56860 which Mutual Benefit issued to Crystal Rock.

8. To my knowledge, employers had the right to terminate group LTD policies that Mutual Benefit issued.

9. Fortis Benefits Insurance Company formerly had possession of the policy and related documents on policy no. 56860, which documents were stored at the company warehouse in Kansas City Missouri. It is my understanding that a search was made for the documents, but they could not be located.

10. Fortis Benefits Insurance Company's policy is to retain documents, including policies, for seven (7) years after a policy is terminated. Crystal Rock terminated policy no. 56860 in 1991, and therefore, it appears that the policy and related documents were accordingly destroyed in 1998.

Dated at Kansas City, Missouri, this _____ day of April, 2005.

_____
Sharon Miller

Subscribed and sworn to before me, this 7th day of April, 2005.

_____
Patricia Ann Jones
Notary Public.

PATRICIA ANN JONES
Notary Public-Notary Seal
State of Missouri
Jackson County
My Commission Expires Oct 14, 2006

SCHEDULE OF INSURANCE (continued)

LONG TERM DISABILITY INSURANCE

SCHEDULE AMOUNT: 60% of Monthly Earnings subject to a Maximum Schedule Amount of $5,000 per month.

For each day of a period less than a full month, the Schedule Amount will be 1/30th of the amount determined above.

"Monthly Earnings" must be from the Policyholder (or an Associated Company), are determined as of the day before the period of Total Disability, and means:

1. For principals of a Partnership, a monthly average of the amount reported as ordinary income on Schedule K-1 of IRS Partnership Return of Income Form 1065, or their successor forms, for the prior full calendar year.*

2. For principals of a Proprietorship, Professional Corporation, Professional Association or Sub-chapter S Corporation, a monthly average of the disabled person's "draw" or salary received during the prior full calendar year.*

*If the person has been a principal for less than a full calendar year, "Monthly Earnings" will consist of a monthly average of the disabled person's "draw" or salary received during the time the person was a principal. Profits, dividends or returns of capital will not be included.

3. For all other persons, the disabled person's basic monthly earnings. Overtime pay, bonuses and other compensation not received as basic wages or salary will not be included. However, a monthly average of commissions received during the prior full calendar year will be included for persons who are eligible to receive commissions. If the person has been eligible to receive commissions less than a full calendar year, "Monthly Earnings" will include a monthly average of commissions received during the time the person was eligible to receive such commissions.

If hourly employees are insured, their Monthly Earnings will be based on their hourly rate of pay. In no event will more than 40 hours a week be considered in determining Monthly Earnings for hourly employees.

QUALIFYING PERIOD: Six months

MAXIMUM DAYS OF RETURN TO ACTIVE WORK ALLOWED DURING QUALIFYING PERIOD: Thirty Days

This Maximum applies to all returns to Active Work during any one Qualifying Period.

MAXIMUM DURATION OF BENEFITS: Benefits will not be payable beyond:

1. For periods of disability starting before age 60 - the day before the disabled person attains the Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act.

2. For periods of disability starting on or after age 60 but before age 65 - the later of (a) the day before the disabled person attains the Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act and (b) the expiration of 36 months of Total Disability following the end of the Qualifying Period.

SCHEDULE OF INSURANCE (continued)

3. For periods of disability starting on or after age 65 but before age 70 - the earlier of (a) the day before the disabled person's 70th birthday and (b) the expiration of 24 months of Total Disability following the end of the Qualifying Period. However, if the disabled person has attained age 69 before the end of the Qualifying Period, the MAXIMUM DURATION OF BENEFITS is 12 months of Total Disability following the end of the Qualifying Period.

4. For periods of disability starting on or after age 70 - the expiration of 12 months of Total Disability following the end of the Qualifying Period.

## GENERAL DEFINITIONS

| | |
|---|---|
| Active Work............ | means actively at work on a full-time basis for the Policyholder or an Associated Company at the person's usual place of business. |
| Associated Company....... | means any company listed in the Policy which is subsidiary to or affiliated with the Policyholder. |
| Contributory Insurance... | means any insurance coverage under the Policy for which the Person Insured pays part of the premium. |
| Eligible Class........... | means the category of persons eligible for insurance under the Policy. This category is based on conditions pertaining to employment or membership in a group. The Eligible Classes are shown in the Policy. |
| Full Time................ | means a regular work week consisting of at least 30 hours of work (unless provided otherwise in the Policy). |
| Home Office.............. | shall include Our Corporate - Eastern Home Office located in Newark, New Jersey and Our Western Home Office located in Kansas City, Missouri. |
| Injury................... | means an accidental bodily injury, excluding intentionally self-inflicted injuries while sane or insane. |
| Licensed Physician....... | means a physician licensed to practice medicine and perform surgery. |
| No-fault Motor Vehicle Coverage....... | means a motor vehicle plan under which disability or medical benefits are paid in whole or in part without regard to, or prior to determination of, tort liability. |
| Non-Contributory Insurance........... | means any insurance coverage under the Policy for which the Policyholder or an Associated Company pays all of the premium. |
| Person Insured........... | means, with respect to any coverage provided under the Policy an eligible person who has become insured under that coverage. |
| Policyholder............. | means the entity to whom the Policy is issued. |
| Satisfactory Evidence of Insurability..... | means evidence of the good health of a person. To be "satisfactory", this information on the person's health must be acceptable to Us. |
| We, Us, and Our.......... | means The Mutual Benefit Life Insurance Company. |

Other definitions which are important to a full understanding of an insurance coverage appear in the Policy provisions pertaining to that coverage.

PRLMS00334

## ELIGIBILITY AND TERMINATION PROVISIONS

<u>Exception to When Insurance Becomes Effective</u>

If an eligible person is not at Active Work on the date he or she would otherwise become insured, insurance will be deferred. It will become effective on the first day he or she returns to Active Work.

<u>Termination of a Person's Insurance</u>

The insurance of a Person Insured will terminate on the earliest of the following dates:

1. The date the Policy is terminated.

2. The date the Policy is amended to terminate the insurance for the class of persons to which the person belongs.

3. The date the person is no longer in an Eligible Class.

4. For any Contributory Insurance, the last day of the period for which contributions have been made, if a person fails to make, when due, the required contribution.

5. The date the Person Insured stops Active Work.

## LONG TERM DISABILITY INSURANCE COVERAGE FOR THE PERSON INSURED

Definitions

"Governmental Plan" means the United States Social Security Act, the Railroad Retirement Act, the Canadian Pension Plan, any plan provided under the laws of a state, province, or other political subdivision, including any public employee retirement plan or any teachers' employment retirement plan, or any plan provided as an alternative to such acts or plans. A "Governmental Plan" does not include a Statutory Occupational Disability Income Plan or a plan pursuant to a non-occupational disability benefits law or similar law.

"Hospital" means an institution which is under the supervision of a medical staff of Licensed Physicians and meets the following requirements:

1. It has 24-hour nursing service by registered graduate nurses.

2. It does not specialize as a rest home, convalescent home or home for the aged.

3. It is operated under the laws pertaining to hospitals, or pertaining to institutions specializing in the treatment of alcoholism, drug addiction, chemical dependency or mental or nervous disease or disorder, of the jurisdiction where it is located.

"Hospital Confined" and "Hospital Confinement" mean confinement in a Hospital for 24 hours a day.

"One Period of Total Disability" means each separate period of Total Disability. A later period of Total Disability will be considered to be a continuation of the earlier "One Period of Total Disability" only if it starts while the person is insured under This Coverage and:

(i) if the later period of Total Disability is due to the same or related causes as the earlier period of Total Disability, it is separated by a return to Active Work of less than 6 consecutive months, or

(ii) if the later period of Total Disability is due to causes not related to the earlier period of Total Disability, it is separated by a return to Active Work of less than one complete day.

"Other Group Disability Income Insurance Contract" means a plan of group insurance that provides benefits designed to replace income lost by the Person Insured as a result of Injury, sickness or pregnancy, other than the Long Term Disability Insurance provided under This Coverage.

"Policyholder-Sponsored" means that the Policyholder (or an Associated Company) pays, directly or indirectly, all or a portion of the cost.

BP-500

BP-1.0-LTD
(9/83)

PRLMS00336

LONG TERM DISABILITY INSURANCE COVERAGE FOR THE PERSON INSURED (continued)

"Qualifying Period" means, for any One Period of Total Disability, the length of time that a Person Insured must be Totally Disabled before benefits are payable under This Coverage. The Qualifying Period is shown in the Schedule of Insurance. The Qualifying Period can not be satisfied, in whole or in part, by any period of Total Disability which results from a cause for which We do not pay benefits under This Coverage. Periods of Total Disability caused by alcoholism, drug addiction, chemical dependency or mental or nervous disease or disorder may be used toward satisfying the Qualifying Period.

"Retirement Plan" means a formal or informal benefit plan or arrangement that provides retirement benefits, whether or not under an insurance or annuity contract. It does not include:

    (1)  a plan paid for entirely by the employee,
    (2)  a profit-sharing plan,
    (3)  a thrift plan,
    (4)  an individual retirement account (IRA),
    (5)  a tax sheltered annuity (TSA),
    (6)  a stock ownership plan,
    (7)  a deferred compensation plan, or
    (8)  a plan that qualifies under Internal Revenue Service Code 401(k).

"Statutory Occupational Disability Income Plan" means a plan that provides benefits designed to replace income lost because of disability to the Person Insured according to a Workers' Compensation Act (or similar legislation) or the Maritime Doctrine of Maintenance, Wages or Cure.

"This Coverage" means the Long Term Disability Insurance Coverage for the Person Insured provided under the Policy.

"Total Disability". A Person Insured is considered "Totally Disabled" if:

    A.  Occupation Test

        (i)  during the first 36 months of any One Period of Total Disability, the Person Insured is under the regular care and attendance of a Licensed Physician (other than him or herself) and unable to perform the material duties of his or her regular occupation or employment; and

        (ii) after the first 36 months of any One Period of Total Disability, the Person Insured is unable to perform the material duties of any and every gainful occupation or employment for which the person is or becomes reasonably fitted by education, training or experience.

        While a Person Insured meets these requirements, limited employment will not interrupt the Qualifying Period or the Period of Total Disability.

BP-500 as modified by EA-194-5                                    BP-2.0-LTD-1
                                                                  '86 IMPR(3/90)

PRLMS00337

LONG TERM DISABILITY INSURANCE COVERAGE FOR THE PERSON INSURED (continued)

B. <u>Earnings Test - Partial Disability</u>

If a Person Insured is working, and is not disabled by the Occupation Test definition of Total Disability, we will consider the Person Insured to be "Totally Disabled" during any month when he or she is not able, because of Injury, sickness or pregnancy, to earn more than 80% of his or her Monthly Earnings. In determining how much the Person Insured is earning, we will consider wages, salary, commissions and similar pay from any gainful work (including partnership profits, where applicable), whether the compensation is paid in regular installments or in a lump sum, and any other income he or she receives or is eligible to receive. Any lump sum payment will be pro-rated over the period of time for which the payment accrued.

The Monthly Earnings figure used to determine Total Disability is increased by 7.5% on each anniversary of the date of disability for the duration of One Period of Total Disability. This amount is used solely to determine Total Disability until the next anniversary.

If any pro-rated payment plus other earnings received during any month is more than 80% of Monthly Earnings (including the 7.5% increase), the Person Insured will not be considered Totally Disabled for that month.

Other definitions which are important to a full understanding of This Coverage appear on the "General Definitions" pages.

LONG TERM DISABILITY INSURANCE COVERAGE FOR THE PERSON INSURED (continued)

Insurance Provided

If a person, while insured under This Coverage, becomes Totally Disabled as a result of an Injury, sickness or pregnancy, We will pay Long Term Disability Insurance benefits, subject to all the terms and conditions of the Policy. Payment of benefits will be made only if:

(i) the Total Disability continues without interruption for the duration of the Qualifying Period, and

(ii) the Person Insured has not attained age 70 or more on the day after the Qualifying Period ends.

Return to Active Work During the Qualifying Period

If a Person Insured who was Totally Disabled returns to Active Work for a limited period - not to exceed the Maximum shown in the Schedule of Insurance - and then again becomes Totally Disabled, the Qualifying Period will not be considered to be interrupted. The recurrence of the Total Disability must (i) occur while the person is insured under This Coverage, and (ii) be due to the same or a related cause.

Any days of return to Active Work (and weekends in between) will not be counted toward satisfaction of the Qualifying Period.

Period When Benefits Are Payable

After the Qualifying Period ends, benefits will be paid in the amounts determined below for each month (or lesser period) of the further period during which the person remains Totally Disabled. No benefits will be paid beyond the Maximum Duration of Benefits shown in the Schedule of Insurance.

Amount of Benefit

The amount of benefit to be paid for each month (or lesser period) of Total Disability is the Schedule Amount reduced by the Offset Amount. If the Monthly Payment Limit is exceeded, this reduced amount will be further reduced by the amount of the excess. The Schedule Amount, the Offset Amount and the Monthly Payment Limit are set forth below.

Minimum Benefit   A Minimum Benefit of $100 will be paid for each month of Total Disability after the Qualifying Period ends. If a period of Total Disability is less than a full month, the Minimum Benefit is 1/30 of $100 for each day of Total Disability after the Qualifying Period ends.

LONG TERM DISABILITY INSURANCE COVERAGE FOR THE PERSON INSURED (continued)

Schedule Amount   The Schedule Amount is determined from the Schedule of Insurance.

Offset Amount   The Offset Amount is the sum of payments and benefits from the following sources paid or due the Person Insured. This sum will be determined for each month (or lesser period) for which a Long Term Disability Insurance benefit is paid. The Schedule Amount is directly reduced by this sum.

Sources of the Offset Amount

1. Periodic benefits designed to replace income lost because of disability that are paid or due the Person Insured from:

   (a) any Other Policyholder-Sponsored Group Disability Income Insurance Contract;

   (b) any Statutory Occupational Disability Income Plan;

   (c) any plan pursuant to a non-occupational disability benefits law or similar law; or

   (d) the United States Social Security Act including benefits payable to the Person Insured on behalf of his or her dependents because of the Injury, sickness, or pregnancy of the Person Insured. Dependent benefits are not included if the Person Insured is divorced and benefits are being paid to the divorced spouse or child(ren) instead of to the Person Insured; and

   (e) any Governmental Plan other than Social Security.

2. Retirement benefits, disability benefits, or periodic benefits in the nature of such benefits that are paid or due from a Policyholder-Sponsored Retirement Plan. Benefits which represent the Person Insured's contributions will not be considered. Contributions will be deemed to be received over the Person Insured's expected lifetime, regardless of when the payments are actually received.

3. Retirement benefits that are paid or due from any Governmental Plan.

Monthly Payment Limit   The Monthly Payment Limit is 70% of the Person Insured's Monthly Earnings, as defined in the Schedule of Insurance. If the Schedule Amount plus the sum of the benefits and payments from any one or more of the following Additional Sources for that month (or lesser period) exceeds this Monthly Payment Limit, the excess is subtracted from the amount of benefit otherwise payable (the Schedule Amount reduced by the Offset Amount).

Additional Sources for the Monthly Payment Limit

1. 70% of the amount determined after reducing any salary, wages, commissions or similar pay that the Person Insured receives, or is entitled to receive, from any gainful employment in which the Person Insured actually engages, by any Child Care Expense. See provision headed "Rehabilitation Benefit".

BP-500   BP-1.1-LTD (4/80)

PRLMS00340

LONG TERM DISABILITY INSURANCE COVERAGE FOR THE PERSON INSURED (continued)

>Child Care Expense means the expense incurred for the care of one or more dependent children to allow the disabled person to be gainfully employed. The children must be under age 15, or be incapable of earning their own living because of physical handicap or mental retardation and be chiefly dependent upon the disabled person for support and maintenance. To qualify the care must be provided by someone other than a relative of the Person Insured. The allowable Child Care Expense will not exceed $250 per month per eligible child, or a pro-rated amount for any lesser period.

2. Periodic benefits designed to replace income lost because of disability that are paid or due the Person Insured from:

   (a) any group insurance contract, except any Other Policyholder-Sponsored Group Disability Income Insurance Contract;

   (b) any No-Fault Motor Vehicle Coverage. However, benefits from such Coverage will not be included in the Monthly Payment Limit if:

   > (i) state law or regulation does not allow any reduction of group disability benefits by benefits received under No-Fault Motor Vehicle Coverage;
   >
   > (ii) the No-Fault Motor Vehicle Coverage, according to its rules or according to an election by the Person Insured, determines its benefits after the benefits paid or due under This Coverage have been paid; or
   >
   > (iii) the benefits are paid or due under Optional Coverage.

Estimation of Benefits Not Paid

We may consider the Person Insured as having received benefits and payments from the sources listed above, even though no benefits were actually paid. This applies under either of the following conditions:

1. For Social Security Benefits (primary and dependent), until actually awarded or, if denied, until notice of the denial of the appeal of the first denial is received.

2. For benefits and payments from any other source listed above, if it is reasonable to believe that they:

   (a) will be paid upon proper completion of claim, or

   (b) would have been paid except for the failure of the Person Insured to pursue the claim in time.

We will then include an estimate of the amount of such benefits or payments in Our computation of net benefits to be paid under This Coverage.

BP-500

BP-5.2-LTD
'86 IMPR (4/88)

PRLMS00341

LONG TERM DISABILITY INSURANCE COVERAGE FOR THE PERSON INSURED (continued)

Adjustment of Benefits

If, after having made one or more payments under This Coverage, We find that the amount of benefits or payments from other sources that We should have considered in computing the amount of such payment(s) is greater or less than what was actually considered, We will make an adjustment as follows:

1. If We have underpaid benefits, We will pay the amount necessary to adjust the total payments to the amount which We should have paid.

2. If We have overpaid benefits, the overpayment must be refunded to Us by or on behalf of the Person Insured. We may, at Our option, reduce or eliminate future payments instead of requiring repayment in one sum. The Minimum Benefit will not apply during the period the overpayment is being repaid.

Allocation of One-Sum Benefits

If the Person Insured has received a one-sum payment from any of the above sources, the one-sum payment will be allocated as if the Person Insured had received it on a periodic basis.

We will rely on data from the source making the one-sum payment to determine the manner and amounts of the allocation. We will be saved harmless from acting on such data. If all necessary data has not been given to Us, the allocation will be determined solely by Us. The allocation will then be based on probable assumptions as to the nature and purpose of the one-sum payment.

Rehabilitation Benefit

We will provide benefits while the Person Insured is engaged in any gainful employment if the Person Insured remains Totally Disabled. Benefits will not be paid until the Qualifying Period ends and will not be paid after the Maximum Duration of Benefits shown in the Schedule of Insurance. Only 70% of any salary, wages, commissions or similar pay that the Person Insured receives, or is entitled to receive, from any gainful employment in which the Person Insured actually engages will be used to determine the Monthly Payment Limit.

Freeze of Other Plan Benefits

Statutory and automatic cost of living increases in the amount of benefits from any Plan described in the Offset Amount or Monthly Payment Limit occurring after the day immediately after the end of the Qualifying Period for a Person Insured will not affect the amount of benefits payable under This Coverage.

LONG TERM DISABILITY INSURANCE COVERAGE FOR THE PERSON INSURED (continued)

Exceptions

This Coverage does not provide benefits for:

1. that portion of any period of disability when the Person Insured is confined in any penal or correctional institution as a result of conviction for a criminal or other public offense; or

2. any Total Disability caused by:

   (a) war, whether declared or undeclared, or any act of war; or

   (b) intentionally self-inflicted Injury of any kind, while sane or insane; or

   (c) participating in, or as a result of having participated in, the commission of an assault or felony.

Limitations

This Coverage provides only limited benefits for:

1. <u>Alcoholism, Drug Addiction, Chemical Dependency or Mental or Nervous Disease or Disorder.</u>

   A limited benefit for Total Disability caused by the above conditions will be paid as follows:

   (a) If the Person Insured is not Hospital Confined, he or she will be entitled to benefits for a maximum period of 24 months. This 24 month maximum is an overall maximum which applies to all periods of disability due to any one or more of the above conditions. It is not a separate maximum for each of the conditions.

   (b) The Person Insured will also be entitled to benefits during Hospital Confinement which starts within either of the following time periods:

      (i) The 24 month period, referred to above, during which the Person Insured is entitled to benefits while not Hospital Confined.

      (ii) The 6 month period following the end of a prior period of Hospital Confinement for which the Person Insured was entitled to benefits under This Coverage.

   In addition, if the Person Insured

   (i)    ceases to be Totally Disabled,
   (ii)   returns to Active Work,
   (iii)  again becomes Totally Disabled, and
   (iv)   establishes a different One Period of Total Disability,

   the person will be entitled to benefits under This Coverage during Hospital Confinement which starts before the end of the 3 month period after the Qualifying Period ends.

BP-500

BP-7.0-LTD

PRLMS00343

LONG TERM DISABILITY INSURANCE COVERAGE FOR THE PERSON INSURED (continued)

2. Pre-existing Conditions

Benefits are not provided for any Total Disability caused by a Pre-existing Condition.

The term "Pre-existing Condition" as used in This Coverage means an Injury, sickness or pregnancy for which the disabled person consulted with a licensed medical or dental practitioner or received any medical or dental care, treatment or services within the 3 month period ending on the day immediately before the date such person became insured under This Coverage, or any related Injury, sickness or pregnancy.

A condition will cease to be a "Pre-existing Condition" and benefits will be provided for Total Disability caused by that Injury, sickness or pregnancy if Total Disability commences after the disabled person has been at Active Work at least one full day following the expiration of:

(a) 3 months in a row, ending on or after the date such person becomes insured under This Coverage, during which there has been no consultation with a licensed medical or dental practitioner or any medical or dental care, treatment or services received for all such injuries or sicknesses or such pregnancy; or

(b) 12 months in a row during which such person was continuously insured under This Coverage.

Extended Benefit

If a person is Totally Disabled on the date his or her insurance under This Coverage terminates and that person is either:

(i) entitled to benefits for such Total Disability, or

(ii) would be entitled to benefits upon the expiration of the Qualifying Period,

benefits will be paid as though insurance under This Coverage had not terminated. Benefits under this Extended Benefit will be paid only while such Total Disability continues without interruption, subject to all the terms and conditions of the Policy.

BP-500      BP-8.0-LTD

PRLMS00344

LONG TERM DISABILITY INSURANCE COVERAGE FOR THE PERSON INSURED (continued)

## SURVIVOR BENEFIT

If a Person Insured dies and that person was receiving, or entitled to receive, Long Term Disability Insurance benefits under This Coverage, a Survivor Benefit will be paid.

The Survivor Benefit will be paid to the Person Insured's spouse, if living. If the spouse is not living, the benefit will be paid to the Person Insured's then living Dependent Child(ren). Dependent Children must be under age 21 and unmarried on the day the Person Insured died. The term "Dependent Child(ren)" includes a step-child, adopted child and foster child. A step-child or foster child must have been dependent on the Person Insured for support and maintenance.

The Survivor Benefit payable is equal to the amount of Long Term Disability Insurance paid under This Coverage for the last full calendar month of Total Disability of the deceased Person Insured. If no benefit was paid for a full calendar month, the amount of each Monthly Survivor Benefit will be equal to 30 times the amount obtained by dividing the amount paid by the number of days for which the amount was paid.

The Survivor Benefit is payable on

(i) the first day of the month following the date the Person Insured died, and

(ii) the first day of each of the next two months.

If, on the first day of any month following the Person Insured's death, there is no person then living who is entitled to the Survivor Benefit, no Survivor Benefit will be payable for that month or any month after that.

Payment of any Survivor Benefit is subject to all the terms and conditions of This Coverage and the Policy. It is also subject to proof, satisfactory to Us,

(i) of the Person Insured's death, and

(ii) that the person claiming the benefit is entitled to it.

PRLMS00345

## CONVERSION PRIVILEGE
### Applicable to Long Term Disability Insurance

If a person's Long Term Disability Insurance is terminated, that person may be able to convert to coverage provided under a Group Long Term Disability Insurance Conversion Policy (the Conversion Policy). The person must have been insured under This Coverage for at least one year. This one year period includes time insured under any group policy providing similar benefits, which This Coverage replaces.

The person must, within 31 days of termination:

(i)   apply in writing to participate under the Conversion Policy; and

(ii)  pay the first quarterly premium to Us.

We will not require the person to furnish evidence of insurability.

The person will not be able to convert if insurance under This Coverage is terminated because:

(i)   the Policy is terminated; or

(ii)  the Policy is amended to terminate This Coverage for the person; or

(iii) the person is Totally Disabled as defined under This Coverage; or

(iv)  the person fails to pay, when due, any required contribution for the cost of insurance under This Coverage; or

(v)   the person attains the Limiting Age.

The "Limiting Age" as used in this Conversion Privilege means age 70 years less 6 months (or the number of months in the Qualifying Period of This Coverage, if more than 6 months).

The benefits, terms and conditions of the Conversion Policy will be those which We offer for conversion at the time the person applies. The premium for the Conversion Policy will be based on the premium rates then in effect at the time the person applies. The effective date of the coverage under the Conversion Policy will be the day following the date the person's insurance under This Coverage terminates.

PRLMS00346

## CLAIM PROVISIONS

(THESE PROVISIONS DO NOT APPLY TO LIFE INSURANCE COVERAGE)

### Notice of Claim

Written notice of claim must be given to Us within 30 days after any insured loss occurs or as soon after that as reasonably possible.

Notice should be given to Us at Our Home Office, at one of Our Regional Group Claims Offices, or to one of Our authorized agents. Enough information to identify the claimant as a Person Insured will be considered valid notice.

### Claim Forms

When We receive notice, We will furnish the claimant or the Policyholder for delivery to the claimant, forms for filing proof of loss. These forms should be received by the claimant within 15 days after the date notice is given. If not, the claimant should submit written proof of the occurrence, character and extent of the loss. This must be submitted within the time limit for filing proof of loss.

### Proof of Loss

Written proof of loss must be given to Us at Our Home Office or one of Our Regional Group Claims Offices. For any loss for which the Policy provides periodic payment, the written proof of loss must be given within 90 days after the end of the first month or lesser period for which We may be liable. After that, proof must be given at such intervals as We may reasonably require. For any other loss, the written proof of loss must be given within 90 days after the date of the loss.

If necessary to determine Our liability, as part of proof of loss We may require:

(i) itemized bills stating the extent of loss,

(ii) certification of benefits and payments from other sources which may affect liability, and

(iii) satisfactory evidence that the claimant has applied for all benefits and payments from other sources, and that required proofs for other benefits and payments have been furnished.

We may request the claimant to authorize release of medical data by these sources and providers of medical and dental services. If any information is not furnished or the release of data is not authorized, We reserve the right to withhold benefits.

If it is not reasonably possible to give timely proof, the claim will not be invalidated or reduced if proof is given as soon as reasonably possible.

### Physical Examination

We may have the claimant examined when and as often as We may reasonably require. In the case of a claim for Accidental Death Insurance Benefits, We may have the body of the Person Insured examined and, where not prohibited by law, may have an autopsy performed before or after burial. Any such examination will be at Our expense.

CLAIMS PROVISIONS (continued)

Legal Actions

No action at law or in equity may be brought to recover on the Policy any earlier than 60 days after the required proof of loss has been given. No action may be brought after the expiration of the statute of limitations in the state having jurisdiction. In no event may action be brought any later than 6 years after the time required for submitting the proof has elapsed.

Time of Payment

We will pay benefits when We receive the required proofs, except for any loss for which periodic benefits are payable.

For any loss for which periodic benefits are payable, We will pay the benefits at the end of each month, or lesser period, for which We are liable after We receive the required proof. Any balance unpaid when disability ends will be paid after We receive the required proof.

To Whom Payable

Benefits for accidental death will be paid according to the Beneficiary provisions of the Policy. All other benefits will be paid to the Person Insured, if living, otherwise to his or her estate.

If any accrued benefits under the Policy, except for accidental death, are payable to (1) the estate of the Person Insured, or (2) a Person Insured who is a minor or otherwise not competent to give a valid release, We may pay up to a maximum of $1,000 to any one or more surviving relatives We determine are equitably entitled to payment.

A person may assign benefits payable as reimbursement for expenses incurred. This assignment must be in writing. The benefits can only be assigned to the person or organization which provided the service, supply or treatment for which the benefits are payable.

Any amount We pay in good faith releases Us from further liability for the amount paid.

PRLMS00348

GENERAL PROVISIONS

Entire Contract

The Policy and the Policyholder's Application, a copy of which is attached to the Policy, are the Entire Contract.

All statements made by the Policyholder and by the Persons Insured will be considered representations and not warranties. A statement will not be used in any contest under the Policy unless it is contained in a signed written instrument. A copy of this instrument must be furnished to the Person Insured or the Person Insured's Beneficiary before any contest.

Clerical Error

Clerical error in keeping records will not void insurance which otherwise would have been in force nor continue insurance which otherwise would have terminated. If an error is found, We will equitably adjust the premium. However, We will not adjust the premium for more than the three year period before the date the error was found.

Misstatement

If any facts about any person are misstated, We will equitably adjust the premium. If any misstatement affects the existence or the amount of insurance, the correct facts will determine whether, and in what amounts, insurance is in effect.

Individual Certificates

We will send certificates to the Policyholder to give to each person who becomes insured. The certificate will state the insurance to which the Person Insured is entitled. It also will summarize the provisions of the Policy affecting that person. The certificate is not a part of the Policy. It does not modify or extend Our liability.

No Effect on Workers' Compensation

The Policy is not in lieu of and does not affect any requirements for coverage by Workers' Compensation insurance.

Agency

Neither the Policyholder nor any Associated Company nor any administrator appointed by the foregoing is Our agent. We are not liable for any of their acts or omissions.

PRLMS00349