## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BRIAN CLARK,<br>    Plaintiff,<br><br>v.<br><br>VERMONT PURE HOLDINGS, LTD., ET AL.<br>    Defendants. | CIVIL ACTION NO.<br>3:02 CV 2278 (MRK)<br><br><br><br><br><br>MAY 19, 2005 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff an extension of time from May 20, 2005 to June 10, 2005 within which to file his opposition to Defendants' Motion for Permission to File Amended Answer and Affirmative Defenses. This is plaintiff's second request for an extension of this deadline.

In support of this request, undersigned counsel represents that during a pre-filing telephone conference with the Court on Tuesday May 3, 2005, it was agreed that defendants would inform plaintiff concerning their position with respect to privilege in connection with the advice Attorneys Melanie Miller and/or Kevin Berry gave defendants concerning plaintiff. Defendants have not yet informed plaintiff's counsel concerning their position but have indicated that they will be able to do so next week before May 26, 2005. Plaintiff's counsel is scheduled to be away on vacation from May 26, 2005 to June 1, 2005 and, therefore, requires additional time to prepare plaintiff's opposition, if necessary, to the proposed "advice of counsel" affirmative defense, once she is informed whether defendants are continuing to assert privilege and refusing

to provide documents and/or to answer questions in connection with Attorney Miller's and Attorney Berry's advice to defendants concerning plaintiff. The position defendants take with respect to privilege will substantially inform the nature of plaintiff's opposition to defendants' Motion for Permission to File seeking to add the affirmative defense that they are not liable for damage based on their claimed reliance on the advice of counsel.

    Undersigned counsel is authorized to represent that Attorney Daniel Green, Esq, who represents the defendants in this action, does not object to plaintiff's request. This action has not been assigned for trial.

THE PLAINTIFF, BRIAN CLARK


BY:_____
    Kathryn Emmett
    Federal Bar No. ct05605
    Christine Caulfield
    Federal Bar No. ct19115
    EMMETT & GLANDER
    45 Franklin Street
    Stamford, CT  06901
    (203) 324-7744
    kemmett@emmettandglander.com
    ccaulfield@emmettandglander.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of May, 2005, to:

Daniel Green, Esq.
A. Robert Fischer, Esq.
**Jackson Lewis LLP**
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_____
KATHRYN EMMETT