IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- x
BRIAN CLARK,                    :   CIVIL ACTION NO.
    Plaintiff,                 :   3:02 CV 2278 (MRK)
                                :
v.                              :
                                :
VERMONT PURE HOLDINGS, LTD., ET AL.  :
    Defendants.                :
---------------------------------------------------------- x   MAY 24, 2005

## MOTION FOR EXTENSION OF TIME

    Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff an extension of time within which to file his opposition to Defendants' Motion for Summary Judgment from June 1, 2005 up to and including June 22, 2005. This is plaintiff's first request for an extension of this deadline.[1]

    In support of this request, undersigned counsel represents that counsel for plaintiff have been working diligently to complete plaintiff's memorandum, but require additional time to complete plaintiff's response due to the complexity of the required response and counsel's conflicting professional and personal obligations. Defendants move for summary judgment on all ten counts of plaintiff's complaint including claims under the Employee Retirement Income Security Act, claims of employment discrimination on the basis of disability and age, and claims for retaliation and wrongful termination. In connection with the renewed motion, defendants also

---

    [1] Defendants' prior motion for summary judgment was withdrawn without prejudice and refiled with a supplemental memorandum and affidavit on May 11, 2005.

filed a brief Supplemental Memorandum of Law, Supplemental Local Rule 56(a)(1) Statement and an additional affidavit in support of Summary Judgment. In addition to the complex legal claims, the case also involves an extensive factual record, and, therefore, counsel for plaintiff require substantial time to prepare a response. Counsel have also had to meet obligations in other cases including preparation for trial (originally scheduled to proceed on May 20, 2005 and now being rescheduled) in Kane Realty LLC v. Goss, BRSP055613 pending in the Bridgeport Housing Court (pro bono representation at the initial request of the Honorable U.S. Magistrate Judge William I. Garfinkel in a complex action involving disability discrimination claims) and pleadings obligations in a related case, Goss v. Kane, et al., 3:04 CV 01426 (SRU), preparation of post-trial memoranda, in 83-85 Railroad Avenue, et al. v. Samuel Judice, M.D., et al., CV 01 0186514S, pending in Connecticut Superior Court, discovery and pretrial motion practice in Bolton v. Weil, Gotshal & Manges LLP, et al., Index No. 602341/03, pending in the Supreme Court of the State of New York, County of New York, and obligations in connection with Juan F. et al. v. Rell, et al., 2:89 CV 00859 (AHN), on behalf of the Center for Children's Advocacy. In addition, counsel anticipates that she may be required to prepare an opposition to defendants' Motion for Leave to File Amended Answer in this case within the next three weeks. Finally, undersigned counsel will be away on vacation from May 26, 2005 to June 1, 2005, the date plaintiff's response is currently due.

Attorney Daniel Green, who represents the defendants in this action, does not object to plaintiff's request. This action has not been assigned for trial.

THE PLAINTIFF, BRIAN CLARK

BY:_____
    Kathryn Emmett
    Federal Bar No. ct05605
    Christine Caulfield
    Federal Bar No. ct19115
    EMMETT & GLANDER
    45 Franklin Street
    Stamford, CT  06901
    (203) 324-7744
    kemmett@emmettandglander.com
    ccaulfield@emmettandglander.com

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 24th day of May, 2005, to:

Daniel Green, Esq.
A. Robert Fischer, Esq.
**Jackson Lewis LLP**
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_____
KATHRYN EMMETT