**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BRIAN CLARK, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02 CV 2278 (MRK) |
| | : | |
| v. | : | |
| | : | |
| VERMONT PURE HOLDINGS, LTD., ET AL. | : | |
| Defendants. | : | |
| | x | JUNE 10, 2005 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff an extension of time from June 10, 2005 to July 1, 2005 within which to file his opposition to Defendants' Motion for Permission to File Amended Answer and Affirmative Defenses. This is plaintiff's third request for an extension of this deadline.

In support of this request, undersigned counsel represents that during a pre-filing telephone conference with the Court on Tuesday May 3, 2005, it was agreed that defendants would inform plaintiff concerning their position with respect to privilege in connection with the advice Attorneys Melanie Miller and/or Kevin Berry gave defendants concerning plaintiff. Defendants are still formulating their position and, thus, undersigned counsel is not able to determine the parameters of plaintiff's opposition, if any, because defendants' decision with respect to waiving privilege is material to plaintiff's argument in opposition. In addition, plaintiff's counsel are currently engaged in preparing plaintiff's opposition to defendants' motion for summary judgment which is due on June 22, 2005. For the reasons stated, plaintiff's counsel

are not yet in a position to prepare plaintiff's opposition, if necessary, to the proposed "advice of counsel" affirmative defense.

Undersigned counsel is authorized to represent that Attorney Daniel Green, Esq, who represents the defendants in this action, does not object to plaintiff's request.  This action has not been assigned for trial.

THE PLAINTIFF, BRIAN CLARK

BY:_____
        Kathryn Emmett
        Federal Bar No. ct05605
        Christine Caulfield
        Federal Bar No. ct19115
        EMMETT & GLANDER
        45 Franklin Street
        Stamford, CT  06901
        (203) 324-7744
        kemmett@emmettandglander.com
        ccaulfield@emmettandglander.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 10th day of June, 2005, to:

Daniel Green, Esq.
A. Robert Fischer, Esq.
**Jackson Lewis LLP**
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_____
KATHRYN EMMETT