capacity as Crystal Rock's parent to respond to plaintiff's claims and requests for equitable relief that arise out of events occurring prior to the merger. In addition, as set forth above, Vermont Pure was actively involved in material events that occurred in connection with plaintiff's breach of fiduciary duties and refusal to provide documents claims after the merger such as, for example, the failure to reinstate the LTD insurance in August 2002 when defendants discovered that it had been mistakenly canceled and defendants' refusal to provide LTD Plan documents in September 2002.[77]

Vermont Pure, in sum, is not entitled to summary judgment because it is a proper party in its capacity as Crystal Rock's parent corporation and in its own right as an active participant in the events underlying plaintiff's ERISA claims.

---

[77] Plaintiff's Third Amended Complaint alleges, in pertinent part, that "Vermont Pure . . . is sued individually and in its capacity as administrator and fiduciary of the Crystal Rock Long Term Disability Plan [¶ 6] and that "Vermont Pure Holdings and Crystal Rock are sponsors for and administrators of the LTD Plan . . . and as such are fiduciaries under 29 U.S.C. §1002." See Third Amended Complaint, ¶ 12.

## IV. CONCLUSION

For the foregoing reasons, defendants' motion for summary judgment must be denied.

                          THE PLAINTIFF, BRIAN CLARK

BY: _____
                Kathryn Emmett
                Federal Bar No. ct05605
                Christine Caulfield
                Federal Bar No. ct19115
                EMMETT & GLANDER
                45 Franklin Street
                Stamford, CT  06901
                (203) 324-7744
                kemmett@emmettandglander.com
                ccaulfield@emmettandglander.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 1st day of July, 2005, to:

A. Robert Fischer, Esq.
**Jackson Lewis LLP**
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

_____
KATHRYN EMMETT