IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BRIAN CLARK,<br>    Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 2278 (MRK) |
| v. |  |
| VERMONT PURE HOLDINGS, LTD., ET AL.<br>    Defendants. |  |
|  | JULY 1, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the undersigned plaintiff has manually filed the following documents:

**Volumes One and Two of Affidavit of Attorney Kathryn Emmett in Support of Plaintiff's Opposition to Summary Judgment dated July 1, 2005.**

These documents have not been filed electronically because:

☐      the document or thing cannot be converted to an electronic format.

■      the electronic file size of the document exceeds 1.5 megabytes.

☐      the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b).

☐      the plaintiff is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE PLAINTIFF, BRIAN CLARK

BY: /s/ Kathryn Emmett
Kathryn Emmett
Federal Bar No. ct05605
Christine Caulfield
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT 06901
(203) 324-7744
kemmett@emmettandglander.com
ccaulfield@emmettandglander.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 1st day of July, 2005, to:

A. Robert Fischer, Esq.
**Jackson Lewis LLP**
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

/s/ Kathryn Emmett
KATHRYN EMMETT