UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br><br>                Plaintiff,<br><br>-against-<br><br>VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN and CRYSTAL ROCK SEVERANCE PLAN,<br><br>                Defendants. | Civ. No: 3:02CV2278 (MRK)<br><br><br><br><br><br>June 30, 2005 |

## MOTION TO WITHDRAW APPEARANCE OF DANIEL GREEN

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of his appearance as attorney for the defendants in this case because effective June 30, 2005 he will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendants. Jackson Lewis attorneys A. Robert Fischer and Jeffrey M. Vona have already entered appearances on behalf of the defendants. See Dkt. Nos. 43 and 55.

Respectfully submitted,

DEFENDANTS, VERMONT PURE
HOLDINGS, LTD., CRYSTAL ROCK
SPRING WATER COMPANY, CRYSTAL
ROCK LONG TERM DISABILITY PLAN,
and CRYSTAL ROCK SEVERANCE
PLAN

By _____
Daniel Green
CT 08746
Greend@JacksonLewis.com
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
THEIR ATTORNEYS

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to: Kathryn Emmett, Esq., Emmett & Glander, 45 Franklin Street, Stamford, CT 06901.

_____
Daniel Green

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 6 8 77?

1. Article Addressed to:

Vermont Pure Holdings, Ltd.
Attn: Peter Baker
1050 Buckingham Street
Watertown, CT 06795

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0002 6404 5960

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael Schmitt, Paralegal
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 68773

1. Article Addressed to:

Crystal Rock Spring Water Company
Attn: Peter Baker
1050 Buckingham Street
Watertown, CT  06795

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0002 6404 5977

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael Schmitt, Paralegal
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT  06904-0251

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 68773

1. Article Addressed to:

Crystal Rock Long Term Disability Plan
Attn: Peter Baker
1050 Buckingham Street
Watertown, CT  06795

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0002 6404 5984

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael Schmitt, Paralegal
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT  06904-0251

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits. 68773

1. Article Addressed to:

Crystal Rock Severance Plan
Attn: Peter Baker
1050 Buckingham Street
Watertown, CT 06795

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0002 6404 5991

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael Schmitt, Paralegal
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251