IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK,<br>Plaintiff, | CIVIL ACTION NO.<br>3:02 CV 2278 (MRK) |
| v. | |
| VERMONT PURE HOLDINGS, LTD., ET AL.<br>Defendants. | JUNE 10, 2005 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, plaintiff respectfully requests that the Court grant plaintiff an extension of time from July 1, 2005 to July 22, 2005 within which to file his opposition to Defendants' Motion for Permission to File Amended Answer and Affirmative Defenses. This is plaintiff's fourth request for an extension of this deadline.

In support of this request, undersigned counsel represents that during a pre-filing telephone conference with the Court on Tuesday May 3, 2005, it was agreed that defendants would inform plaintiff concerning their position with respect to privilege in connection with the advice Attorneys Melanie Miller and/or Kevin Berry gave defendants concerning plaintiff. Defendants have not yet informed undersigned counsel concerning their position and, thus, undersigned counsel is not able to determine the parameters of plaintiff's opposition, if any, because defendants' decision with respect to waiving privilege is material to plaintiff's argument in opposition. In addition, plaintiff's counsel have been engaged in preparing plaintiff's opposition to defendants' motion for summary judgment which is due today. For the reasons

stated, plaintiff's counsel are not yet in a position to prepare plaintiff's opposition, if necessary, to the proposed "advice of counsel" affirmative defense.

Undersigned counsel attempted to contact Attorney A. Robert Fischer, who represents the defendants in this action, but was unsuccessful and, therefore, does not know whether defendants object to plaintiff's request.  This action has not been assigned for trial.

THE PLAINTIFF, BRIAN CLARK

BY: _____
Kathryn Emmett
Federal Bar No. ct05605
Christine Caulfield
Federal Bar No. ct19115
EMMETT & GLANDER
45 Franklin Street
Stamford, CT  06901
(203) 324-7744
kemmett@emmettandglander.com
ccaulfield@emmettandglander.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 1st day of July, 2005, to:

A. Robert Fischer, Esq.
**Jackson Lewis LLP**
177 Broad Street, 8th Floor, P.O. Box 251
Stamford, CT 06904-0251

KATHRYN EMMETT