UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN CLARK<br><br>                      Plaintiff,<br><br>- against -<br><br>VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN and CRYSTAL ROCK SEVERANCE PLAN<br><br>                      Defendants. | CIVIL ACTION NO.<br>3:02-CV-2278 (MRK) |

## APPEARANCE OF KENNETH W. GAGE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned case for Defendants Vermont Pure Holdings, Ltd., Crystal Rock Spring Water Company, Crystal Rock Long Term Disability Plan and Crystal Rock Severance Plan.

DATED: July 22, 2005

Respectfully submitted,

By: /s/ Kenneth W. Gage
Kenneth W. Gage (ct 12965)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: kennethgage@paulhastings.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has caused to be served via United States First Class mail, a true and accurate copy of the foregoing Appearance of Kenneth W. Gage on this 22nd day of July, 2005 on the following:

>Kathryn Emmett, Esq.
>Emmett & Glander
>45 Franklin Street
>Stamford, CT 06901
>
>A. Robert Fischer, Esq.
>Jackson Lewis LLP
>177 Broad Street
>P.O. Box 251
>Stamford, CT 06904

_____
Kenneth W. Gage

STM/300282.1