UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRIAN CLARK,

                Plaintiff,

  -against-

VERMONT PURE HOLDINGS, LTD., CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN, and CRYSTAL ROCK SEVERANCE PLAN,

                Defendants.

Civ. No: 3:02CV2278 (MRK)

August 15, 2005

## MOTION FOR EXTENSION OF DEADLINE FOR FILING REPLY BRIEF

        Defendants in the above-captioned matter, in accordance with Rule 7(b)(2) of the Local Rules of Civil Procedure, respectfully request that the deadline for filing their Reply Memorandum Of Law In Further Support Of Defendants' Motion For Summary Judgment ("Reply Brief") be extended by 10 days to August 26, 2005. In support of this request, the undersigned represents:

        1.     Without the extension, Defendants' Reply Brief is due to be filed on August 16, 2005. See Docket No. 116.

        2.     Defendants' ability to prepare a proper Reply Brief has been hampered by the withdrawal of Daniel Green as Defendants' attorney. See Docket No. 113, 115. In addition, Kenneth William Gage has recently filed an appearance and needs

to get up to speed on the case before he can have effective input regarding the brief. See Docket No. 118.

3. Furthermore, Defendants' lead counsel, A. Robert Fischer, has just completed an extensive arbitration matter in North Carolina.

4. Accordingly, Defendants request a 10-day extension to the deadline to file their Reply Brief, such that the Reply Brief would now be due on August 26, 2005.

5. This action has not been assigned for trial and the requested extension will not affect any other scheduling order deadlines that have been set in this case.

6. This is the first request to extend the deadline to file Defendants' Reply Brief; the Court has extended similar timeframes for Plaintiff on numerous occasions.

7. Despite the undersigned counsel's diligent efforts, we cannot ascertain opposing counsel's position because counsel Kathryn Emmett is on vacation and counsel Christine Caulfield is attending to a family emergency.

Respectfully Submitted,

THE DEFENDANTS

By _____
A. Robert Fischer
CT 01295
**JACKSON LEWIS LLP**
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: fischera@jacksonlewis.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this date, postage prepaid, to:

Kathryn Emmett, Esq.
Emmett & Glander
45 Franklin Street
Stamford, CT 06901

_____
A. Robert Fischer