IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 23 P 2: 01
U.S. DISTRICT COURT
[illegible] CT

| | |
|---|---|
| BRIAN CLARK,<br>    Plaintiff, | CIV. NO: 3:02CV2278 (MRK) |
| v. | |
| VERMONT PURE HOLDINGS, LTD.,<br>CRYSTAL ROCK SPRING WATER COMPANY,<br>CRYSTAL ROCK LONG TERM DISABILITY<br>PLAN, and CRYSTAL ROCK SEVERANCE<br>PLAN,<br>    Defendants. | September 22, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Brian Clark, by his attorneys, Emmett & Glander, and Defendants, Vermont Pure Holdings, LTD, Crystal Rock Spring Water Company, Crystal Rock Long Term Disability Plan, and Crystal Rock Severance Plan, by their attorneys, Jackson Lewis LLP and Paul, Hastings, Janofsky & Walker, LLP, hereby stipulate to the voluntary dismissal of this action without costs or fees to any party.

PLAINTIFF
BRIAN CLARK

By: _/s/ Kathryn Emmett_
Kathryn Emmett (CT 05605)
Emmett & Glander
500 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 324-7744
Fax: (203) 969-1319

DEFENDANTS
VERMONT PURE HOLDINGS, LTD, CRYSTAL ROCK SPRING WATER COMPANY, CRYSTAL ROCK LONG TERM DISABILITY PLAN, AND CRYSTAL ROCK SEVERANCE PLAN

By: _____
A. Robert Fischer (CT 01295)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: fischera@jacksonlewis.com